FedEx Express shipping label

ORIGIN ID:HNCA (919) 436-6578
KENYA TEASLEY
100 TOBLER CT
APT 205
DURHAM, NC 27704
UNITED STATES US

SHIP DATE: 25JUL24
ACTWGT: 0.55 LB
CAD: 6571656/ROSA2550

TO US DISTRICT COURT
L RICHARDSON PREYER COURTHOUSE
324 W MARKET ST
GREENSBORO NC 27401
(000) 000-0000
REF:
DEPT:

MON - 29 JUL 5:00P
** 2DAY **
27401 NC-US GSO

TRK# 7776 0600 5533    4Z ELONG

Envelope
Recycle me.

INSPECTED

RECEIVED
JUL 26 2024
CLERK U.S. DISTRICT COURT
GREENSBORO, N.C.

FedEx

Insert shipping document here.

**This envelope is only for FedEx Express® shipments.**

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx Express shipping document, the current FedEx Service Guide, or the conditions of carriage for complete terms, conditions, and limits of liability.

© 2023 FedEx 155475/155476 REV 11/23


PAP 21

Please recycle. See how we are connecting the world in responsible and resourceful ways at **fedex.com/sustainability**. Recycling options may vary by location.



Made from **100%** recycled paperboard

Scan to learn how we can help make Earth a priority together.


FedEx®

05/29/24 09:30