IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00629-CCE-JLW

| | |
|---|---|
| KENYA TEASLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>TYLER TECHNOLOGIES, INC.; and ABIGAIL DIAZ,<br><br>        Defendants. | NOTICE OF APPEARANCE OF GREGORY L. SKIDMORE |

      Gregory L. Skidmore, of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear as counsel in this action on behalf of Defendants Tyler Technologies, Inc. and Abigail Diaz. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Skidmore through the CM/ECF electronic filing system or at the addresses listed below.

      [Signature on Following Page]

1

This 13th day of August, 2024.

                                         s/ Gregory L. Skidmore
                                         Gregory L. Skidmore
                                         N.C. Bar No. 35571
                                       gskidmore@robinsonbradshaw.com

                                       **ROBINSON, BRADSHAW & HINSON, P.A.**
                                       101 North Tryon Street, Suite 1900
                                       Charlotte, North Carolina 28246
                                       Telephone: (704) 377-2536
                                       Facsimile: (704) 378-4000

                                       *Attorney for Defendants Tyler Technologies, Inc. and Abigail Diaz*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing has been served on Plaintiff by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

>Kenya Teasley
>100 Tobler Court
>Apartment 205
>Durham, North Carolina 27704

This 13th day of August, 2024.

>s/ Gregory L. Skidmore
>Gregory L. Skidmore