IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00629-CCE-JLW

| | |
|---|---|
| KENYA TEASLEY,<br><br>　　　　Plaintiff,<br>　v.<br><br>TYLER TECHNOLOGIES, INC.; and ABIGAIL DIAZ,<br><br>　　　　Defendants. | PROPOSED ORDER |

This matter is before the Court on Defendants' Motion for Extension of Time to Respond to Complaint;

FOR GOOD CAUSE SHOWN, the time in which Defendants may answer or otherwise respond to the Complaint is hereby extended by sixteen (16) days, through and including September 13, 2024.

IT IS SO ORDERED.