IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00629-CCE-JLW

| | |
|---|---|
| KENYA TEASLEY,<br><br>        Plaintiff,<br><br>  v.<br><br>TYLER TECHNOLOGIES, INC.; and ABIGAIL DIAZ,<br><br>        Defendants. | **DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

    Defendant Tyler Technologies, Inc. ("Tyler") moves this Court to dismiss Plaintiff's Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. As shown in the Memorandum of Law in Support of Defendant Tyler's Motion to Dismiss filed contemporaneously with this motion, the Complaint should be dismissed for failure to state a claim upon which relief can be granted as to Tyler.

    WHEREFORE, for the reasons stated in the Memorandum of Law in Support of Defendant Tyler Technologies, Inc.'s Motion to Dismiss, Tyler respectfully asks that the Court dismiss Plaintiff's Complaint with prejudice.

    This 13th day of September, 2024.

                                            <u>s/ Gregory L. Skidmore</u>
                                            Gregory L. Skidmore
                                            N.C. Bar No. 35571

gskidmore@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendants Tyler Technologies, Inc. and Abigail Diaz*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing has been served on Plaintiff by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

> Kenya Teasley
> 100 Tobler Court
> Apartment 205
> Durham, North Carolina 27704

This 13th day of September, 2024.

s/ Gregory L. Skidmore
Gregory L. Skidmore
