IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00629-CCE-JLW

KENYA TEASLEY,

    Plaintiff,

v.

TYLER TECHNOLOGIES, INC.; and ABIGAIL DIAZ,

    Defendants.

INDEX OF EXHIBITS TO:

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT TYLER TECHNOLOGIES, INC.'S MOTION TO DISMISS

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Declaration of Aminah Thompson, the Clerk of Superior Court for Durham County with Exhibits |
| 2 | Sampling of Emails sent from Plaintiff to counsel for Tyler |
| 3 | Selected case summaries from Durham County District Court Criminal Cases relating to Plaintiff |
| 4 | eCourts party results showing Plaintiff's case filings in the state courts of North Carolina |
| 5 | Pacer results showing Plaintiff's civil cases filings in the federal courts of North Carolina |