# EXHIBIT 2

**From:** Kenya Teasley <kenya416@icloud.com>
**Subject: SLANDER AND LIBEL ECOURTS DURHAM LAUNCH 4/29/2024**
**Date:** Apr 29, 2024 at 8:59 PM
**To:** gskidmore@robinsonbradshaw.com
**Cc:** ryan.s.boyce@nccourts.org, Corrine L. Lusic <corrine.l.lusic@nccourts.org>

**From:** Kenya Teasley
**Sent:** Monday, April 29, 2024 8:35 PM
**To:** kenya416@icloud.com
**Subject:** SLANDER AND LIBEL ECOURTS DURHAM LAUNCH 4/29/2024

Mr. Skidmore,

I understand that you represent Tyler Technologies in an eCourts lawsuit. The following file numbers are sitting in a Tyler Technology cloud/website eCourts portal listing me as a Defendant. The thing is, none of these court files exist anywhere in Durham County Court. This is defamation/libel against me from Tyler technologies that is posted in the internet. Please have Tyler Technologies to remove these file numbers immediately from the portal. Otherwise, I will be filing a MASSIVE lawsuit in the Middle District.

Please see *Wiest v. E-Fense, Inc.*, 356 F. Supp. 2d 604 (E.D. Va. 2005)

98CR055896-310 - Durham

98CR030373-310  - Durham

03CR030373-310 - Durham

97CVM016119-310 - Durham

98CR032909=310 - Durham

98CR052606-310 - Durham

99CR058887-310 - Durham

02CR045649-310 - AOC

01CR045648-310 - AOC


The following files listed below are under provisional seal in accordance with N.C.R. Prac. Super. & Dist. Ct. 27 and should not be showing in eCourts.  The District Court in Durham County has not made a ruling on my motions requests for permanent sealing due to circumstances surrounding each file.  Please have Tyler Technologies to seal this records provisionally.


**(5)Disclosure Pending Decision**. Until the court rules on the motion, a document that is provisionally under seal may be disclosed only to counsel of record and unrepresented parties unless otherwise ordered by the court or agreed to by the parties.


01CVM004827

12CVM001554-310

20CVD003099-310

22CVD003421-310 - showing online that I owe money to this company. This is false.

23CVD001254-310 - showing online that I owe money to this company. This is false.

98CVM006617-310

98CVM011643-310

09CVM011618

12CVM005498

The following files listed below contains made up information that does not appear in the paper record. These files are under provisional seal with the Court as well. Please instruct Tyler Technologies to provisionally seal these files.

01CVM003479-310 does not have a filing date on the complaint but one is showing in eCourts.

02 CVM008829-310 – same as above

02CVM010390-310 – same as above

Ryan Boyce and Corrine Lusic knew these files were under provisional seal before Durham County's launch.

Thank you and I look forward to your response on this.

Restrictions on Use

4

You agree to use the Services only for lawful purposes and to follow all applicable laws and regulations of the United States and any state, province or country in which you reside that are in effect and that may be in effect in the future when using the Services. While using the Services, you will not:

- If any feature of a Service allows you to post or upload content, post or upload any content that is libelous, defamatory, harmful, harassing, threatening, false, misleading, or discriminatory;

Tyler has no obligation to monitor the Submissions. However, Tyler reserves the right to review materials posted to the Services and to remove any materials in its sole discretion.

**From:** Kenya Teasley <kenya416@icloud.com>
**Sent:** Tuesday, April 30, 2024 2:21 PM
**To:** abigail.diaz@tylertech.com
**Cc:** Skidmore, Greg <GSkidmore@robinsonbradshaw.com>; ryan.s.boyce@nccourts.org; corrine.l.lusic@nccourts.org
**Subject:** LIBEL ECOURTS DURHAM LAUNCH 4/29/2024

Ms. Diaz,
Please see email trail below. This email to you represents Tyler Technologies being made fully aware of libelous and false information being allowed to sit in your cloud and posted on the internet about me. You see, the North Carolina AOC (Ryan Boyce Director) did not tell you all that the two Courthouses who uploaded this content (Durham and Wake County) both have a history of destroying court files related to me.

To confirm what I am saying to be true, simply ask the people in Durham County who uploaded the first seven files listed below, Ryan Boyce to provide the last two files uploaded from his office, and the people in Wake County who uploaded 05CR080745-910 and 98CR018968-910, to provide you with a copy of the file. They will not be able to produce this.

Then ask them to produce the files for the other files numbers. They will not be able to produce the entire file because they have no way to tell what has been destroyed in the file. Therefore, the allegations posted about me are false. All of this represents libelous information posted on the internet about me. The information posted about me is from two unreliable sources. Your company has no way to prove the information posted about me is true.

I want these files removed from your cloud/internet immediately. If not, I will be filing a MASSIVE libel suit against your company within the next two weeks in the Middle District of North Carolina. On April 30, 2024, your company was made aware of what is going on.

Please reference case below.

*Swinney v. Frontier Airlines, Inc.*, 1:19-cv-808 (M.D.N.C. Jul. 9, 2020)

**From:** Kenya Teasley <kenya416@icloud.com>
**Sent:** Wednesday, May 1, 2024 11:53 AM
**To:** abigail.diaz@tylertech.com
**Cc:** Skidmore, Greg <GSkidmore@robinsonbradshaw.com>
**Subject:** [Virus Error] EXPUNGED RECORDS YOUR COMPANY UPLOADED - LIBEL- YOU WILL DEFINITELY WANT TO RESPOND ASAP TO ME!!!

I see these two files are still showing, along with others. You all must think I am a joke. You see, these two files were not uploaded by your clients (NCAOC or Durham County Courthouse) because they were destroyed/ expunged almost ten years ago. In addition, these file numbers are not even the file numbers listed on the initial expungement order for the charges. This is how I further know that the AOC nor Durham County uploaded these files online.

You all uploaded these two ficticious file numbers and false/libelous allegations from GOD knows what website. I've read your privacy policy in regards to how you collect information. This defamatory information accusing me of a crime has been online for three days so far. An expungement allows a person to deny anything related to the charges.

Here is my offer to resolve this before filing my libel suit for this information sitting online (3 days so far).

$20 million payment for compensatory damages and ALL of the files I emailed to you removed from this cloud/internet portal.

This offer is valid until COB tomorrow. Otherwise, I will be filing a $100 million libel suit against Tyler Technologies for these two fraudulent accusations. Abigail you will be listed as a Defendant in your individual capacity for punitive damages, as you have ignored me and allowed this defamatory information to sit online since 4/29.

10:47

🔒 portal-nc.tylertech.



# NORTH CAROLINA JUDICIAL BRANCH

# eCourts Portal

Register / Sign In  ▾

▾ TEASLEY, KENYA RE...

3

**From:** Kenya Teasley <kenya416@icloud.com>
**Sent:** Wednesday, May 1, 2024 8:47 PM
**To:** Skidmore, Greg <GSkidmore@robinsonbradshaw.com>
**Subject:** Re: [Virus Error] EXPUNGED RECORDS YOUR COMPANY UPLOADED - LIBEL- YOU WILL DEFINITELY WANT TO RESPOND ASAP TO ME!!!

Please know,
The longer this information sits online, the more my offer will increase. In fact, I now want my name to be completely removed from Tyler's cloud/internet portal.

Sent from my iPhone

**From:** Kenya Teasley <kenya416@icloud.com>
**Sent:** Thursday, May 2, 2024 4:34 PM
**To:** Skidmore, Greg <GSkidmore@robinsonbradshaw.com>
**Subject:** Re: [Virus Error] EXPUNGED RECORDS YOUR COMPANY UPLOADED - LIBEL- YOU WILL DEFINITELY WANT TO RESPOND ASAP TO ME!!!

I am looking at these two files still in eCourts. It states these charges were in Durham District Court. These charges were in Durham Superior Court. Also, the offense dates are incorrect.

 In addition, I have never lived at the address listed.  The address listed for me does not even exist in Durham.

So, as I've stated, your client uploaded this information from a fictitious source.

Sent from my iPhone

-----Original Message-----
From: Kenya Teasley <kenya416@icloud.com>
Sent: Friday, May 3, 2024 9:50 PM
To: Skidmore, Greg <GSkidmore@robinsonbradshaw.com>
Subject: Demand increase

Monday will make a week for this information sitting online. Your client is nonchalant about their actions and they don't care about the damages they have caused.

My demand is now $50 million and my name completely removed from your client's cloud/internet portal.

Sent from my iPhone

-----Original Message-----
From: Kenya Teasley <kenya416@icloud.com>
Sent: Thursday, July 11, 2024 12:26 PM
To: Skidmore, Greg <GSkidmore@robinsonbradshaw.com>
Subject: Ryan Boyce


>
> * On May 12, 2024, Ryan Boyce, Director of the North Carolina Administrative Office of the Court, was made aware of this situation. If Durham County Clerk of Court had published this libelous information, he would have instructed them to remove it.
>
> Sent from my iPhone

1

**From:** Kenya Teasley <kenya416@icloud.com>
**Sent:** Sunday, July 14, 2024 12:20 PM
**To:** Skidmore, Greg <GSkidmore@robinsonbradshaw.com>
**Subject:** Re: UPDATED FINAL 7/14/2024 - TO BE MAILED TO MIDDLE DISTRICT ON 7/15/2024

- You've never replied to this person.
- This is a personal email address.

Report or Mark as Safe            Powered by Mimecast

\* When Tyler Technologies, Inc. collected and published this libelous information about the Plaintiff, they were not working at the direction of their client, the N.C. Administrative Office of the Court.

This will be added to the Ryan Boyce section.

Sent from my iPhone