# EXHIBIT 3

# Durham District Court

# Case Summary

## Case No. 98CR055896-310

**STATE OF NORTH CAROLINA VS KENYA RENE TEASLEY** §

§

Location: **Durham District Court**

Filed on: **12/31/1998**

## Case Information

Case Type: Criminal

Case Status: **06/21/1999 Disposed**

**Offense**

01. DWLR

| Citation | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| C8958876 | 20-28(A) | M1 | 12/28/1998 | 12/31/1998 |

Offense Reports
  Agency: Durham County Sheriffs Office
  201 East Main St
  Durham, NC, 27701

02. DRIVE/ALLOW MV NO REGISTRATION

| Citation | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| C8958876 | 20-111(1) | M2 | 12/28/1998 | 12/31/1998 |

Offense Reports
  Agency: Durham County Sheriffs Office
  201 East Main St
  Durham, NC, 27701

**Related Cases**

98CR055896-310 (Bond Forfeiture)

## Assignment Information

**Current Case Assignment**
Case Number    98CR055896-310
Court          Durham District Court

Date Assigned   12/31/1998

## Party Information

**Defendant**   **TEASLEY, KENYA RENE**

    3420 MORDECAI ST
    APT H
    DURHAM, NC 27705
    Black
    Female

**State**   **STATE OF NORTH CAROLINA**

    Other

**Complainant**   **ALEXANDER, H D**

## Case Events

| | |
|---|---|
| 06/22/1999 | Conviction and/or FTA Compliance Reported |
| | *YCMAC31KAW31oCRDISPO D* |
| | Created:   06/22/1999 12:00 AM |
| 06/21/1999 | ACIS Special Conditions |
| | *CONS W/99CR 58887* |
| | Charges: |
| |   01.  DWLR (5418) |
| | Created:   06/21/1999 12:00 AM |
| 06/02/1999 | Failure to Appear |
| | *YFTAC31BNJ31oCR2oDFO D* |
| | Created:   06/02/1999 12:00 AM |
| 12/28/1998 | Citation Issued |
| | *CRRWNO:C8958876 CRRPRC:C* |
| | Created:   12/28/1998 12:00 AM |

## Dispositions

06/21/1999   **Plea**
    TEASLEY, KENYA RENE
    01. DWLR
       *Guilty*
    Created:    06/21/1999 12:00 AM

06/21/1999   **Disposition** (Judicial Officer: ACIS, K T)
      01. DWLR
        *District Guilty - Judge*
    Created:    06/21/1999 12:00 AM

06/21/1999   **Disposition** (Judicial Officer: ACIS, K T)
      02. DRIVE/ALLOW MV NO REGISTRATION
        *VD-District Dismissals w/o Leave by DA - No Plea Agreement*
    Created:    06/21/1999 12:00 AM

06/21/1999   **Community**
      01. DWLR
        12/28/1998 (M1) 20-28(A) (5418)

    Confinement
      Minimum: 0 Years, 0 Months, 0 Days
      Maximum: 0 Years, 0 Months, 0 Days
      Prior Record Points: 2
      Conclusions of Law and Judicial Findings
        Findings Not Entered in Legacy System
      Adult
      Agency Responsible for Confinement: Sheriff
    Created:    06/21/1999 12:00 AM

## Hearings

04/15/1999   **Disposition Hearing**   (9:00 AM)
      *Hearing Held*
    Created:    04/15/1999 12:00 AM

# Durham District Court

# Case Summary

## Case No. 98CR052606-310

| | | | |
|---|---|---|---|
| **STATE OF NORTH CAROLINA VS KENYA RENEE TEASLEY** | § | Location: | **Durham District Court** |
| | § | Filed on: | **10/08/1998** |

## Case Information

Case Type: Criminal
Case Status: **06/21/1999 Disposed**

**Offense**

01. DWLR

| Citation | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| C7946179 | 20-28(A) | M1 | 10/03/1998 | 10/08/1998 |

Offense Reports
  Agency:   Durham County Sheriffs Office
            201 East Main St
            Durham, NC, 27701

## Assignment Information

**Current Case Assignment**
Case Number   98CR052606-310
Court         Durham District Court
Date Assigned 10/08/1998

## Party Information

**Defendant**   **TEASLEY, KENYA RENEE**

  3420 MORDECAI ST #H
  DURHAM, NC 27705
  Black
  Female

| | |
|---|---|
| **State** | STATE OF NORTH CAROLINA |
| | Other |
| **Complainant** | CROSS, J M |

## Case Events

| | |
|---|---|
| 06/22/1999 | Conviction and/or FTA Compliance Reported |
| | *YCMAC31KAW31oCRDISPO D* |
| | Created:   06/22/1999 12:00 AM |
| 06/21/1999 | ACIS Special Conditions |
| | *CONS W/99CR 58887* |
| | Charges: |
| |   01.  DWLR (5418) |
| | Created:   06/21/1999 12:00 AM |
| 01/22/1999 | Failure to Appear |
| | *YFTAC31CM CR20DFO D* |
| | Created:   01/22/1999 12:00 AM |
| 10/03/1998 | Citation Issued |
| | *CRRWNO:C7946179 CRRPRC:C* |
| | Created:   10/03/1998 12:00 AM |

## Dispositions

| | |
|---|---|
| 06/21/1999 | **Plea** |
| | TEASLEY, KENYA RENEE |
| | 01. DWLR |
| |    Guilty |
| | Created:   06/21/1999 12:00 AM |
| 06/21/1999 | **Disposition** (Judicial Officer: ACIS, K T) |
| |    01. DWLR |
| |       District Guilty - Judge |
| | Created:   06/21/1999 12:00 AM |

06/21/1999 **Community**
    01. DWLR
        10/03/1998 (M1) 20-28(A) (5418)

    Confinement
      Minimum: 0 Years, 0 Months, 0 Days
      Maximum: 0 Years, 0 Months, 0 Days
      Prior Record Points: 2
      Conclusions of Law and Judicial Findings
        Findings Not Entered in Legacy System
      Adult
      Agency Responsible for Confinement: Sheriff
    Created:   06/21/1999 12:00 AM

## Hearings

05/25/1999 **Disposition Hearing** (9:00 AM)
    *Hearing Held*
    Created:   05/25/1999 12:00 AM

# Durham District Court

# Case Summary

### Case No. 99CR058887-310

**STATE OF NORTH CAROLINA VS KENYA RENEE TEASLEY** §

§

Location: **Durham District Court**

Filed on: **03/03/1999**

## Case Information

Case Type: Criminal
Case Status: **06/21/1999  Disposed**

### Offense

01.  DWLR

| Citation | Statute | Degree | Offense Date | Filed Date |
|---|---|---|---|---|
| C9052211 | 20-28(A) | M1 | 03/01/1999 | 03/03/1999 |

Offense Reports
   Agency:  Durham County Sheriffs Office
            201 East Main St
            Durham, NC, 27701

## Related Cases

99CR058887-310 (Bond Forfeiture)

## Assignment Information

**Current Case Assignment**
Case Number   99CR058887-310
Court         Durham District Court
Date Assigned 03/03/1999

## Party Information

**Defendant**   **TEASLEY, KENYA RENEE**

              3420 MORDECAI

    APT H
    DURHAM, NC 27705
    Black
    Female

**State**     **STATE OF NORTH CAROLINA**
    Other

**Complainant**   **COLQUITT, D D**

## Case Events

09/29/2004   Conviction and/or FTA Compliance Reported
    *NCONC31AWN310CRDISPO D*
    Created:   09/29/2004 12:00 AM

09/03/2004   Failure to Comply Compliance Reported
    *YCMCC31AWN310CRDISPO D*
    Created:   09/03/2004 12:00 AM

08/18/2000   Failure to Comply
    *YFTCC31CM CR20DFO D*
    Created:   08/18/2000 12:00 AM

06/22/1999   Conviction and/or FTA Compliance Reported
    *YCONC31KAW310CRDISPO D*
    Created:   06/22/1999 12:00 AM

06/21/1999
ACIS Special Conditions
  *061500 PROBATION EXTEDNED TO 122000 092404 FILE AWAY. PROB WOULD NEED TO DO VIOL. NO OFA ISSUED*
Charges:
  01. DWLR (5418)
    Created:   06/21/1999 12:00 AM

03/01/1999   Citation Issued
    *CRRWNO:C9052211 CRRPRC:C*
    Created:   03/01/1999 12:00 AM

## Dispositions

| | |
|---|---|
| 06/21/1999 | **Plea** |
| | TEASLEY, KENYA RENEE |
| | 01. DWLR |
| |    Guilty |
| | Created:    06/21/1999 12:00 AM |
| | |
| 06/21/1999 | **Disposition** (Judicial Officer: ACIS, K T) |
| |    01. DWLR |
| |       District Guilty - Judge |
| | Created:    06/21/1999 12:00 AM |
| | |
| 06/21/1999 | **Community** |
| |    01. DWLR |
| |       03/01/1999 (M1) 20-28(A) (5418) |
| | |
| |   Probation |
| |     Adult |
| |     Supervised |
| |     Duration: 12 Months |
| |   Confinement |
| |     Minimum: 0 Years, 0 Months, 120 Days |
| |     Maximum: 0 Years, 0 Months, 0 Days |
| |     Prior Record Points: 2 |
| |     Conclusions of Law and Judicial Findings |
| |       Findings Not Entered in Legacy System |
| |     Adult |
| |     Agency Responsible for Confinement: Sheriff |
| | Created:    06/21/1999 12:00 AM |

## Hearings

| | |
|---|---|
| 09/24/2004 | **Disposition Hearing**    (9:00 AM) |
| |    Resource: Location 310-0006 Durham Co. Courthouse, Courtroom 6 |
| |      *Hearing Held* |
| | Created:    09/24/2004 12:00 AM |

## Financial Information

| | |
|---|---|
| **Defendant**    TEASLEY, KENYA RENEE | |
| Total Financial Assessment | 586.00 |
| Total Payments and Credits | 586.00 |
| **Balance Due as of 09/11/2024** | **0.00** |

| Date | Action | Details | Amount |
|---|---|---|---|
| 06/21/1999 | Transaction Assessment | | 586.00 |
| 09/29/2004 | Courthouse Payment | Receipt # CR00240558-310 | (586.00) |