# EXHIBIT 4

# Party Search Results

Name ⌄                                          Date of Birth ⌄

---

TEASLEY, KENYA

Cases (1)

### Cases

**01CVM003479-310**

DURHAM HOUSING AUTHORITY VS KENYA TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Trial by Magistrate | Durham District Court | TEASLEY, KENYA | Defendant |

---

TEASLEY, KENYA

Cases (1)

### Cases

**01CVM004827-310**

DURHAM HOUSING AUTHORITY VS KENYA TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham District Court | TEASLEY, KENYA | Defendant |

---

TEASLEY, KENYA

Cases (1)

### Cases

**02CVM008829-310**

SOUTH POINT APTS VS KENYA TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Trial by Magistrate | Durham District Court | TEASLEY, KENYA | Defendant |

---

TEASLEY, KENYA

Cases (1)

### Cases

**02CVM010390-310**

SOUTH POINT APTS VS KENYA TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Trial by Magistrate | Durham District Court | TEASLEY, KENYA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 02CVM014277-310

WINTER MOUNTAIN BOTTLED WATER VS KENYA TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Discontinued | Durham District Court | TEASLEY, KENYA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 12CVM001554-310

LENDMARK FINANCIAL SERVICES VS KENYA TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham District Court | TEASLEY, KENYA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 18CVM005516-910

KENYA TEASLEY VS NAPLES TERRACE APTS LLC

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Trial by Magistrate | Wake District Court | NAPLES TERRACE APTS LLC | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 19CVS004126-310

KENYA TEASLEY VS MARY CHAMBERS

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham Superior Court | CHAMBERS, MARY | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 19CVS004591-310
KENYA TEASLEY VS KATHLEEN EDWARDS

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | SMYTH, DAVID | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 19CVS008041-400
KENYA TEASLEY VS DENAUVO ROBINSON

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Trial by Judge | Guilford Superior Court | ROBINSON, DENAUVO | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 20CVD003099-310
ONEMAIN FINANCIAL GROUP LLC VS KENYA TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham District Court | TEASLEY, KENYA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 20CVS002122-310
KENYA TEASLEY VS COLE JORDAN

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | JORDAN, COLE | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 20CVS002262-310

KENYA TEASLEY VS GWENDA LAWS

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | LAWS, GWENDA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 20CVS002263-310

KENYA TEASLEY VS ALESIA BALSHAKOVA

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | TOTTEN, VANESSA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 20CVS002264-310

KENYA TEASLEY VS TAMIKA HENDERSON

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | HENDERSON, TAMIKA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 20CVS002993-400

KENYA TEASLEY VS KATHERINE GLENN

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Guilford Superior Court | GLENN, KATHERINE | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

---

### 20R000050-920

REGISTRATION OF KENYA TEASLEY

| **Status** | **Location** |
|---|---|
| Disposed - Final Judgment No Trial | Warren District Court |

---

TEASLEY, KENYA

Cases (1)

## Cases

---

### 20R000072-740

REGISTRATION OF KENYA TEASLEY

| **Status** | **Location** |
|---|---|
| Disposed - Final Judgment No Trial | Polk District Court |

---

TEASLEY, KENYA

Cases (1)

## Cases

---

### 20R000077-470

REGISTRATION OF KENYA TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Final Judgment No Trial | Hyde Clerk of Superior Court | JORDAN, COLE | Defendant |

---

TEASLEY, KENYA

Cases (1)

## Cases

---

### 20R000089-360

REGISTRATION OF KENYA TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Final Judgment No Trial | Gates Clerk of Superior Court | JORDAN, COLE | Defendant |

---

TEASLEY, KENYA

Cases (1)

## Cases

---

### 20R000092-200

REGISTRATION OF KENYA TEASLEY

**Status**
Disposed - Final Judgment No Trial

**Location**
Chowan Clerk of Superior Court

---

TEASLEY, KENYA

Cases (1)

## Cases

### 20R000099-260

REGISTRATION OF KENYA TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Final Judgment No Trial | Currituck Clerk of Superior Court | JORDAN, COLE | Defendant |

---

TEASLEY, KENYA

Cases (1)

## Cases

### 20R000109-710

REGISTRATION OF KENYA TEASLEY

| Status | Location | Party Name |
|---|---|---|
| Disposed - Final Judgment No Trial | Perquimans County | GATEKEEPER ORDER FROM DURHAM CO |

**Party Type**
Defendant

---

TEASLEY, KENYA

Cases (1)

## Cases

### 20R000192-670

REGISTRATION OF ORLANDO F HUDSON

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Final Judgment No Trial | Orange District Court | TEASLEY, KENYA | Defendant |

---

TEASLEY, KENYA

Cases (1)

## Cases

### 20R000215-550

REGISTRATION OF KENYA TEASLEY

Case 1:24-cv-00629-CCE-JLW    Document 10-5    Filed 09/13/24    Page 7 of 13

**Status**
Disposed - Final Judgment No Trial

**Location**
Macon District Court

---

TEASLEY, KENYA

Cases (1)

Cases

**20R000553-400**

REGISTRATION OF KENYA TEASLEY

**Status**
Disposed - Final Judgment No Trial

**Location**
Guilford District Court

---

TEASLEY, KENYA

Cases (1)

Cases

**22CVD003421-310**

OKINUS INC VS KENYA TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Trial by Judge | Durham District Court | TEASLEY, KENYA | Defendant |

---

TEASLEY, KENYA

Cases (1)

Cases

**22CVS006173-910**

KENYA TEASLEY VS WAKE CO DISTRICT ATTORNEY - LORRIN FREEMAN

**Status**
Disposed - Dismissal on Order of the Court

**Location**
Wake Superior Court

**Party Name**
WAKE CO DISTRICT ATTORNEY - LORRIN FREEMAN

**Party Type**
Defendant

---

TEASLEY, KENYA

Cases (1)

Cases

**23CVD001254-310**

ONEMAIN FINANCIAL GROUP LLC VS KENYA TEASLEY

Case 1:24-cv-00629-CCE-JLW   Document 10-5   Filed 09/13/24   Page 8 of 13

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Clerk of Superior Court | Durham District Court | TEASLEY, KENYA | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 23CVS002630-310

KENYA TEASLEY VS HARRIS TEETER LLC

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | HARRIS TEETER LLC | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 23CVS004839-310

KENYA TEASLEY VS HARRIS TEETER LLC

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham Superior Court | HARRIS TEETER LLC | Defendant |

TEASLEY, KENYA

Cases (1)

## Cases

### 95CR024895-310

WHITE, JAMES F, Jr.

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | WHITE, JAMES F, Jr. | Defendant |

TEASLEY, KENYA

Case 1:24-cv-00629-CCE-JLW   Document 10-5   Filed 09/13/24   Page 9 of 13

## Cases

**97CVM016119-310**

MOREHEAD GLEN APTS VS LAVOYE EUBANK

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Trial by Magistrate | Durham District Court | EUBANK, LAVOYE | Defendant |

TEASLEY, KENYA

## Cases

**98CVM006617-310**

MOREHEAD GLEN VS LAVOYE EUBANK

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Trial by Magistrate | Durham District Court | EUBANK, LAVOYE | Defendant |

TEASLEY, KENYA

## Cases

**98CVM011643-310**

DURHAM HOUSING AUTHORITY VS KENYA TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Trial by Magistrate | Durham District Court | TEASLEY, KENYA | Defendant |

TEASLEY, KENYA R

## Cases

**09CVM011618-310**

LENDMARK FINANCIAL SERVICES VS KENYA R TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Dismissal on Order of the Court | Durham District Court | TEASLEY, KENYA R | Defendant |

TEASLEY, KENYA R

Cases

---

**12CVM005498-310**

LENDMARK FINANCIAL SERVICES VS KENYA R TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham District Court | TEASLEY, KENYA R | Defendant |

---

TEASLEY, KENYA RENE                                         XX/XX/1975

---

| | Race | Gender | Cases (4) |
|---|---|---|---|
| | Black | Female | |

Cases

---

**03CR013082-310**

TEASLEY, KENYA RENE

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENE | Defendant |

---

**98CR055896-310**

STATE OF NORTH CAROLINA VS KENYA RENE TEASLEY

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham District Court | TEASLEY, KENYA RENE | Defendant |

---

**98CR055896-310**

TEASLEY, KENYA RENE

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENE | Defendant |

---

**98CR030373-310**

TEASLEY, KENYA RENE

| **Status** | **Location** | **Party Name** | **Party Type** |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENE | Defendant |

---

TEASLEY, KENYA RENE                                         XX/XX/1975

---

| | Race | Gender | Cases (2) |
|---|---|---|---|
| | Black | Female | |

Cases

---

**05CR080745-910**

TEASLEY, KENYA RENE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Wake District Court | TEASLEY, KENYA RENE | Defendant |

---

**98CR018968-910**

TEASLEY, KENYA RENE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Wake District Court | TEASLEY, KENYA RENE | Defendant |

---

TEASLEY, KENYA RENEE                                        XX/XX/1975

|  | Race | Gender | Cases (6) |
|---|---|---|---|
|  | Black | Female |  |

Cases

---

**01CR045648-310**

TEASLEY, KENYA RENEE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENEE | Defendant |

---

**01CR045649-310**

TEASLEY, KENYA RENEE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENEE | Defendant |

---

**99CR058887-310**

STATE OF NORTH CAROLINA VS KENYA RENEE TEASLEY

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham District Court | TEASLEY, KENYA RENEE | Defendant |

---

**99CR058887-310**

TEASLEY, KENYA RENEE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENEE | Defendant |

---

**98CR052606-310**

TEASLEY, KENYA RENEE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENEE | Defendant |

---

**98CR032909-310**

TEASLEY, KENYA RENEE

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | TEASLEY, KENYA RENEE | Defendant |

TEASLEY, KENYA RENEE

Cases (1)

## Cases

### 03CVS001051-310

DURHAM CO OF VS LYNN E GRAHAM

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed - Voluntary Dismissal | Durham Superior Court | HODGE, LATACHA MONIQUE | Defendant |

TEASLEY, KENYA RENEE

Cases (1)

## Cases

### 95CR017889-310

WHITE, JAMES FREDERICK, Jr.

| Status | Location | Party Name | Party Type |
|---|---|---|---|
| Disposed | Durham District Court | WHITE, JAMES FREDERICK, Jr. | Defendant |

1 - 42 of 42 items

Case 1:24-cv-00629-CCE-JLW   Document 10-5   Filed 09/13/24   Page 13 of 13