# EXHIBIT 5

An official website of the United States government. Here's how you know. ∨                         Log in to PACER Systems ⇥

# PACER
Public Access To Court Electronic Records

## PACER Case Locator

New Search ∨ | Saved Items ∨ | Court Information | Settings ∨                    Adam Wehler [99000.01010.ssm] ∨

🏠 › Party Search › Advanced Search › Search Results

**Search Criteria:** Party Search; Last Name: [Teasley]; First Name: [Kenya]; Exact Matches Only 💾
**Result Count:** 17

Icon Legend

| Party Name | Case Number | Case Title | Court | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|---|
| ℹ Teasley, Kenya | ☆ 0:2024cv.pr01101 | Kenya Teasley v. David Hoke | U.S. Court Of Appeals, Fourth Circuit | 3440 | 01/30/2024 | 06/18/2024 |
| ℹ Teasley, Kenya | ☆ 0:2024cv.pr01503 | Kenya Teasley v. Elizabeth O'Brien | U.S. Court Of Appeals, Fourth Circuit | 3440 | 06/03/2024 | |
| ℹ Teasley, Kenya (pla) | ☆ 5:2022cv00115 | Teasley v. O'Neal et al | North Carolina Eastern District Court | 440 | 03/25/2022 | 02/23/2023 |
| ℹ Teasley, Kenya (pla) | ☆ 5:2023cv00336 | Teasley v. O'Neal et al | North Carolina Eastern District Court | 440 | 06/21/2023 | 08/17/2023 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00787 | TEASLEY v. STEIN et al | North Carolina Middle District Court | 440 | 08/28/2020 | 12/07/2020 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00788 | TEASLEY v. STEIN et al | North Carolina Middle District Court | 440 | 08/28/2020 | 12/07/2020 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00789 | TEASLEY v. STEIN et al | North Carolina Middle District Court | 440 | 08/28/2020 | 12/07/2020 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00790 | TEASLEY v. STEIN et al | North Carolina Middle District Court | 440 | 08/28/2020 | 12/07/2020 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00791 | TEASLEY v. STEIN | North Carolina Middle District Court | 440 | 08/28/2020 | 12/08/2020 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00792 | TEASLEY v. SMYTH et al | North Carolina Middle District Court | 440 | 08/28/2020 | 12/08/2020 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv00901 | TEASLEY v. FOX et al | North Carolina Middle District Court | 440 | 10/01/2020 | 01/08/2021 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2020cv01166 | TEASLEY v. STEIN et al | North Carolina Middle District Court | 440 | 12/29/2020 | 03/10/2022 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2021cv00265 | TEASLEY v. HUDSON | North Carolina Middle District Court | 440 | 03/31/2021 | 07/12/2021 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2023cv00197 | TEASLEY v. HOKE et al | North Carolina Middle District Court | 440 | 03/01/2023 | 01/19/2024 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2023cv00544 | TEASLEY v. HANSEN et al | North Carolina Middle District Court | 440 | 06/30/2023 | 01/19/2024 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2024cv00155 | TEASLEY v. O'BRIEN | North Carolina Middle District Court | 440 | 02/26/2024 | 05/23/2024 |
| ℹ TEASLEY, KENYA (pla) | ☆ 1:2024cv00629 | TEASLEY v. TYLER TECHNOLOGIES, INC. et al | North Carolina Middle District Court | 320 | 07/26/2024 | |

**PACER Service Center**                09/11/2024 14:29:01
**User**         RB_PACER01
**Client Code**  99000.01010.ssm
**Description**  All Court Types Party Search
                 All Courts; Name Teasley, Kenya Exact Matches
                 Only; All Courts; Page: 1
**Billable Pages**  1 ($0.10)                Print Receipt

**Icon Legend**
💾 Save search to Saved Searches
⥮ Sort search results
▦ Choose columns to display
🔎 Refine the current search
⬇ Download search results
☆ Save case to Saved Cases
★ Remove case from Saved Cases
ᴵA Reduce font size
ᴵA Enlarge font size

Privacy & Security