IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00629-CCE-JLW

| | |
|---|---|
| **KENYA TEASLEY,**<br><br>        Plaintiff,<br><br>  v.<br><br>**TYLER TECHNOLOGIES, INC.;** and **ABIGAIL DIAZ,**<br><br>        Defendants. | **DEFENDANT ABIGAIL DIAZ'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)** |

      Defendant Abigail Diaz ("Diaz") moves this Court to dismiss Plaintiff's Complaint under Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. As shown in the Memorandum of Law in Support of Abigail Diaz's Motion to Dismiss filed contemporaneously with this motion, the Complaint should be dismissed for lack of personal jurisdiction and for failure to state a claim upon which relief can be granted as to Diaz.

      WHEREFORE, for the reasons stated in the Memorandum of Law in Support of Defendant Abigail Diaz's Motion to Dismiss, Diaz respectfully asks that the Court dismiss Plaintiff's Complaint with prejudice.

      This 13th day of September, 2024.

                                    s/ Gregory L. Skidmore
                                    Gregory L. Skidmore
                                    N.C. Bar No. 35571

gskidmore@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorney for Defendants Tyler Technologies, Inc. and Abigail Diaz*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing has been served on Plaintiff by depositing the same in the United States mail, postage prepaid, in an envelope addressed as follows:

>Kenya Teasley
>100 Tobler Court
>Apartment 205
>Durham, North Carolina 27704

This 13th day of September, 2024.

<u>s/ Gregory L. Skidmore</u>
Gregory L. Skidmore
