
EXHIBIT 1-A

# Wake Superior Court
## Case Summary
Case No. 21CR000424-910

| STATE OF NORTH CAROLINA VS MICHAEL SCOTT RAGAN | § § § § § § § | Location: **Wake Superior Court**<br>Filed on: **03/26/2021**<br>Microfilm Number: **21 0100 9999**<br>ACIS File Number Key: **9102021000424S**<br>Criminal Process Number: **21RO282221**<br>Criminal Process Number: **21OFA278039**<br>Criminal Process Number: **21IND278022** |
|---|---|---|

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | |
|---|---|---|---|---|---|
| | | | | | Case Type: Criminal |
| | | | | | Case Status: **07/20/2021 Disposed** |
| 51. OBTAIN PROPERTY FALSE PRETENSE | 14-100 | FNC | 08/01/2018 | 03/26/2021 | |

Offense Reports
   Agency:   OTH Legacy Agency

*Filed As:* OBTAIN PROPERTY FALSE PRETENSE
   *Original Statute:* 14-100
   *Original Degree:* FH
   *Amended Date:*

| 52. OBTAIN PROPERTY FALSE PRETENSE | 14-100 | FNC | 08/01/2018 | 03/26/2021 |

Offense Reports
   Agency:   OTH Legacy Agency

*Filed As:* OBTAIN PROPERTY FALSE PRETENSE
   *Original Statute:* 14-100
   *Original Degree:* FH
   *Amended Date:*

| 53. OBTAIN PROPERTY FALSE PRETENSE | 14-100 | FNC | 08/01/2018 | 03/26/2021 |

Offense Reports
   Agency:   OTH Legacy Agency

*Filed As:* OBTAIN PROPERTY FALSE PRETENSE
   *Original Statute:* 14-100
   *Original Degree:* FH
   *Amended Date:*

## Related Cases

## Assignment Information

**Current Case Assignment**
Case Number   21CR000424-910
Court         Wake Superior Court
Date Assigned 03/26/2021

## Party Information

Defendant   RAGAN, MICHAEL SCOTT          MILES, JOEL HART Jr.
            105 OXFORD PARK BLVD          *Retained*

|  |  |  |
|---|---|---|
|  | OXFORD, NC 27565 |  |
|  | White |  |
|  | Male |  |
| **State** | **STATE OF NORTH CAROLINA** | **ORAIT, DANIELLE MARIE** |
|  | Other | *Retained* |
| **Complainant** | RYAN, J |  |
|  | NCSBI |  |
|  | RALEIGH, NC 00000 |  |

## Case Events

**07/20/2021**
Offense Disposed
 *Court Officials Present: Title Name STATE ATTORNEY DANIELLE MARIE ORAIT PRIVATELY RETAINED JOEL H MILES DISPOSITION DATE: 07/20/2021 METHOD OF DISPOSITION CODE: DISMISSAL WITHOUT LEAVE BY DA*
Charges:
 51. OBTAIN PROPERTY FALSE PRETENSE (2632)
  Created: 07/20/2021 11:20 AM

**07/20/2021** State Attorney Assigned
 *Court Officials Present: Title Name STATE ATTORNEY DANIELLE MARIE ORAIT*
  Created: 07/20/2021 11:20 AM

**07/20/2021**
Offense Disposed
 *Court Officials Present: Title Name STATE ATTORNEY DANIELLE MARIE ORAIT PRIVATELY RETAINED JOEL H MILES DISPOSITION DATE: 07/20/2021 METHOD OF DISPOSITION CODE: DISMISSAL WITHOUT LEAVE BY DA*
Charges:
 52. OBTAIN PROPERTY FALSE PRETENSE (2632)
  Created: 07/20/2021 11:20 AM

**07/20/2021**
Offense Disposed
 *Court Officials Present: Title Name STATE ATTORNEY DANIELLE MARIE ORAIT PRIVATELY RETAINED JOEL H MILES DISPOSITION DATE: 07/20/2021 METHOD OF DISPOSITION CODE: DISMISSAL WITHOUT LEAVE BY DA*
Charges:
 53. OBTAIN PROPERTY FALSE PRETENSE (2632)
  Created: 07/20/2021 11:20 AM

**06/25/2021** Motion/Order to Continue
  *Court Session: 2021-07-12; ANTE MERIDIEM; ARRAIGNMENT;*
  Created: 06/25/2021 2:46 PM

**04/22/2021** Motion/Order to Continue
  *Court Session: 2021-05-10; ANTE MERIDIEM; ARRAIGNMENT;*
  Created: 04/22/2021 4:27 PM

**03/26/2021** Defense Attorney Assigned
  *Court Officials Present: Title Name PRIVATELY RETAINED JOEL H MILES NOTIFIED BY EMAIL: N*
  Created: 03/26/2021 2:53 PM

**03/26/2021** Motion/Order to Continue
  *Court Session: 2021-03-29; ANTE MERIDIEM; TRIAL;*
  Created: 03/26/2021 9:28 AM

**03/26/2021**
Order for Arrest Returned Served
 *Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y' Source: 'CRCT_OBO' CD: 'CLRK OF CRT' NM: 'F. BLAIR WILLIAMS' Source: 'CRCT_OFA' RSN_CD: 'TRUE BOI' OTHR_RSN: '' DRCTN_CD: 'RLS' BND_AMT: '50000.00' BND_TP: 'SCRD' BND_NOTE: '50,000 sec or 30,000 secured plus electroic house arest per judge rebecca w holt' Related Cases: '21CRS000423-910-M, 21CRS000424-910-M' Related Processes: '21IND278020, 21IND278022' Event Date: 03/26/2021 Comment: Time of Service: 9:27 AM Arrest #: Serving Officer Agency: State Bureau Of Investigation Capital District Serving Officer Badge #: 1004 Serving Officer:*

RYAN, J N
Crim Proc #: 21OFA278039
Charges:
51. OBTAIN PROPERTY FALSE PRETENSE (2632)
52. OBTAIN PROPERTY FALSE PRETENSE (2632)
53. OBTAIN PROPERTY FALSE PRETENSE (2632)
Created: 03/26/2021 12:00 AM

03/26/2021   Legacy Process Served Date
             Created: 03/26/2021 12:00 AM

03/25/2021
Order for Arrest Assigned/Reassigned
   *Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y' Source: 'CRCT_OBO' CD: 'CLRK OF CRT' NM: 'F. BLAIR WILLIAMS' Source: 'CRCT_OFA' RSN_CD: 'TRUE BOI' OTHR_RSN: '' DRCTN_CD: 'RLS' BND_AMT: '50000.00' BND_TP: 'SCRD' BND_NOTE: '50,000 sec or 30,000 secured plus electroic house arest per judge rebecca w holt' Related Cases: '21CRS000423-910-M, 21CRS000424-910-M' Related Processes: '21IND278020, 21IND278022'*
   Instrument #: 21OFA278039
Charges:
51. OBTAIN PROPERTY FALSE PRETENSE (2632)
52. OBTAIN PROPERTY FALSE PRETENSE (2632)
53. OBTAIN PROPERTY FALSE PRETENSE (2632)
Created: 03/25/2021 12:00 AM

03/25/2021
Order for Arrest Assigned/Reassigned
   *Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y' Source: 'CRCT_OBO' CD: 'CLRK OF CRT' NM: 'F. BLAIR WILLIAMS' Source: 'CRCT_OFA' RSN_CD: 'TRUE BOI' OTHR_RSN: '' DRCTN_CD: 'RLS' BND_AMT: '50000.00' BND_TP: 'SCRD' BND_NOTE: '50,000 sec or 30,000 secured plus electroic house arest per judge rebecca w holt' Related Cases: '21CRS000423-910-M, 21CRS000424-910-M' Related Processes: '21IND278020, 21IND278022'*
   : 21OFA278039
Charges:
51. OBTAIN PROPERTY FALSE PRETENSE (2632)
52. OBTAIN PROPERTY FALSE PRETENSE (2632)
53. OBTAIN PROPERTY FALSE PRETENSE (2632)
Created: 03/25/2021 12:00 AM

03/25/2021
Order for Arrest Issued
   *Process Status: 'SERVED' Source: 'CRCT_PRO' FNGRPRNT_RQRD_CD: 'N' DMSTC_VLNC_CD: 'N' VCTMS_RGHTS_CD: 'N' DNA_RQRD_IND: 'N' MNL_IND: 'N' INCL_IMG_IND: 'Y' Source: 'CRCT_OBO' CD: 'CLRK OF CRT' NM: 'F. BLAIR WILLIAMS' Source: 'CRCT_OFA' RSN_CD: 'TRUE BOI' OTHR_RSN: '' DRCTN_CD: 'RLS' BND_AMT: '50000.00' BND_TP: 'SCRD' BND_NOTE: '50,000 sec or 30,000 secured plus electroic house arest per judge rebecca w holt' Related Cases: '21CRS000423-910-M, 21CRS000424-910-M' Related Processes: '21IND278020, 21IND278022' OFA Reason: 'TRUE BOI' Related cases and offenses: 21CRS000423-910 (lead) 2719 - F - EMBEZZLEMENT >=$100,000 2719 - F - EMBEZZLEMENT >=$100,000 2719 - F - EMBEZZLEMENT >=$100,000 21CRS000424-910 2632 - F - OBTAIN PROPERTY FALSE PRETENSE 2632 - F - OBTAIN PROPERTY FALSE PRETENSE 2632 - F - OBTAIN PROPERTY FALSE PRETENSE*
   Crim Proc #: 21OFA278039
   Created: 03/25/2021 12:00 AM

03/23/2021   Indictment Issued
             CRRPRS:I
             Created: 03/23/2021 12:00 AM

03/23/2021   Indictment Issued
             Created: 03/23/2021 12:00 AM

---

## Dispositions

07/20/2021   **Disposition**
             51. OBTAIN PROPERTY FALSE PRETENSE

Case 1:24-cv-00629-CCE-JLW   Document 14-1   Filed 09/17/24   Page 3 of 4

VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
Created:  07/20/2021 12:00 AM

07/20/2021  **Disposition**
52. OBTAIN PROPERTY FALSE PRETENSE
VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
Created:  07/20/2021 12:00 AM

07/20/2021  **Disposition**
53. OBTAIN PROPERTY FALSE PRETENSE
VD-Superior Dismissals w/o Leave by DA - No Plea Agreement
Created:  07/20/2021 12:00 AM

## Hearings

07/20/2021  **Disposition Hearing**  (9:00 AM)
*Hearing Held*
Created:  07/20/2021 12:00 AM

07/12/2021  **Arraignment- In Person**  (9:00 AM)
*Hearing Held*
Created:  07/12/2021 12:00 AM

03/29/2021  **Disposition Hearing**  (9:00 AM)
*Hearing Held*
Created:  03/29/2021 12:00 AM

## Bond Settings

03/26/2021  **Bond Setting**
Set by Judge $50,000.00 Secured Bond - Professional Surety