# EXHIBIT 1

| From: | Kenya Teasley <kenya416@icloud.com> |
|---|---|
| Sent: | Saturday, September 14, 2024 12:27 PM |
| To: | Skidmore, Greg |
| Cc: | ryan.s.boyce@nccourts.org; Aminah M. Thompson; durham.clerk@nccourts.org |
| Subject: | REPLY - Aminah Thompson's declaration |
| Attachments: | ACIS MANUAL PAGES 1-5.pdf; ATT00001.htm |

This will be cleaned up of course with more to add.

Aminah Thompson's declaration proves absolutely nothing. She will say and do anything the AOC tells her to do. Also, when Ryan Boyce was made aware of this situation on 5/10/2024, he didn't say a word about this information being in an "ACIS' system.

The retention schedule states that RRS 5.1F did not go into effect until 7/19/2024. So when the Plaintiff went the Courthouse back in May 2024 and requested these files, they should have been available. Prior to Durham County going live, these files were not in the portals at the Courthouse.

In addition, Counties who are now live are not available in the public portals at the Courthouse. The Plaintiff was just there two weeks ago at a portal in Durham County courthouse. This is how the Plaintiff further knows that Aminah Thompson does not know what she is talking about.

Mainly,

Please reference page 3 under 'ACCESSING DATA" of the ACIS manual. The last sentence tells how to enter data into the system. On Page 4 under "FILE NUMBER" it shows that file numbers can be entered from previous years. Aminah Thompson's declaration does not prove that this information was entered into the ACIS system 2001 and not on 9/10/2024 (date on bottom right had corner), based on what Tyler published in the eCourts portal. The Plaintiff would definitely know if she attended a disposition hearing on 10/26/2001. Tyler's publication is a libel per se. Being charged means that someone is formally accused of committing a crime.

The emails submitted means absolutely nothing either. The Plaintiff initially thought this libelous information was related to an expungement she had in 2016 for two offenses because, these file numbers are off by two digits in consecutive order when compared to the two file numbers on the expungement order. It was not until she reviewed her expunction order that she realized these offenses are not related to her expungement.

As the Plaintiff has stated, these charges were never filed in any NC Court. If these charges had been filed in Durham County, the attorney who handled the Plaintiff's expungement in 2016, would have included them for her expungement and when the time comes the attorney will attest to this.

Greg – FYI, this is email number 3 for your record count.

The Plaintiff will now breakdown Aminah Thompson's lies. The information that supposedly migrated on 4/29/2024 from ACIS to eCourts, for the charges in question states the Plaintiff was indicted for the charges and received a dismissal both on 10/17/2001.

Aminah Thompson states the files in question were approved to be destroyed approximately six months after 10/17/2001. The Plaintiff's expungement hearing was held on 6/29/2018. The petition for expungement has a section for the Court to fill out in regards to findings of fact that include the following to check off.

**Petitioner has no outstanding warrants or pending or pending cases.**

**Petitioner has no other felony or misdemeanor convictions other than a traffic violation.**

The Court checked both of these boxes as being true. The Court would have had to rely on ACIS and the SBI to confirm this information before checking it to be true. If this information was listed in ACIS or anywhere else on 6/29/2018, showing the Plaintiff was both indicted and received a dismissal on the same day (10/17/2001), and then turned around and had a disposition hearing on 10/26/2001, and there was no file to explain any of this, the Court would have needed some clarity as to what all of this was about before checking off on this. Aminah Thompson should now start working on getting the Durham County Courthouse lobby video footage for the morning of 10/26/2001.

| From: | Kenya Teasley <kenya416@icloud.com> |
|---|---|
| Sent: | Sunday, September 15, 2024 1:14 AM |
| To: | Aminah M. Thompson; durham.clerk@nccourts.org |
| Cc: | ryan.s.boyce@nccourts.org; Skidmore, Greg |
| Subject: | Your declaration - info needed |
| Attachments: | ATT00001.txt |

See below.

Since you allowed them to use you, I am requesting for you to send me ASAP the Criminal Process Number and ACIS File Number Key to the libelous files you submitted a declaration for.

Greg,
Please note this for your email count/record. I definitely am.



1

| | |
|---|---|
| **From:** | Kenya Teasley <kenya416@icloud.com> |
| **Sent:** | Sunday, September 15, 2024 1:27 AM |
| **To:** | Aminah M. Thompson; durham.clerk@nccourts.org; Skidmore, Greg; ryan.s.boyce@nccourts.org |
| **Subject:** | ACIS file number & Criminal Process Number |

Please tell your clients we are going all the way to trial and I put that on everyone that I love.

Lastly, outside of these libelous files not having a microfilm number listed, they do not have an ACIS File Number Key or Criminal Process Number. The Plaintiff has documentation of this being listed for other files in the portal. On 9/15/2024, the Plaintiff requested this information via email from Aminah Thompson for these libelous files.

| | |
|---|---|
| **From:** | Kenya Teasley <kenya416@icloud.com> |
| **Sent:** | Sunday, September 22, 2024 7:20 PM |
| **To:** | ryan.s.boyce@nccourts.org |
| **Cc:** | Skidmore, Greg |
| **Subject:** | Aminah Thompson's perjury situation |

Please know, that I know you are dirty as well in this situation and I know right now you are about to s$it your pants, as when she folds like a napkin and drop all names involved, your name will definitely come up.


Sent from my iPhone

1

Case 1:24-cv-00629-CCE-JLW   Document 15-1   Filed 10/01/24   Page 7 of 7