

IN THE UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

GREENSBORO DIVISION

| | |
|---|---|
| KENYA TEASLEY, | 1:24-cv-00629 |
| Plaintiff, | |
| v. | **RESPONSE TO REPLY FILED BY GREGORY SKIDMORE** |
| TYLER TECHNOLOGIES, INC., ABIGAIL DIAZ | |
| Defendants. | |

The Plaintiff is not clear on Gregory Skidmore's level of comprehension. The Plaintiff does not know how many times she has to state Tyler Technologies, Inc., has accused her of crimes that were never committed/filed in any Durham County Court. Tyler Technologies, Inc. has accused the Plaintiff of being "indicted on related charges" without saying what the related charges are. This is a lie as well. The Plaintiff has **NEVER** been indicted. Also, how could the Plaintiff been charged and indicted for these fake charges, when the address listed on Aminah Thompson's exhibits does not even exist in Durham County?

If Gregory Skidmore thinks he is doing something by filing emails the Plaintiff sent, he is sadly mistaken. The Plaintiff can definitely stand on anything she sends through an email and has no problem with calling a spade a spade. Gregory Skidmore should know this by now. As the Plaintiff stated, Aminah Thompson is going to fold like a napkin and drop every single name involved in her perjury situation. Re-election is the least of her worries. Once again, the public is not stupid. The Plaintiff has found several cases with ACIS File Number Keys and Criminal Process Numbers.

Gregory Skidmore is talking long and saying absolutely nothing. Gregory Skidmore has yet to produce any documentation to support the accusations made by Tyler Technologies, Inc. against the Plaintiff. The only thing he has produced is a bunch of lies. Also, he has failed to address Aminah Thompson's perjury situation. In case Gregory Skidmore didn't know, the ACIS system is not a county based system. The ACIS system is a State of North Carolina System. Aminah Thompson's exhibits and the Plaintiff's exhibit are not separated by county in regards to the Plaintiff listed. The exhibits submitted by Aminah Thompson and the Plaintiff, lists the State of North Carolina as the Plaintiff.

Durham County Clerk of Court has been eliminated as being the publisher of these libelous charges. The fact that Gregory Skidmore and Tyler Technologies, Inc. had to recruit Aminah Thompson for perjury, further confirms Tyler Technologies, Inc. is the publisher of this libelous information. Otherwise, they would have simply stated back in April who the publisher is, and removed the libelous information from their portal, instead of committing perjury.

Also, on September 17, 2024, the Plaintiff accused Gregory Skidmore's witness, Aminah Thompson of perjury. If his argument was rock solid, he would not have waited to respond at 3:00 p.m. on the last day of his reply being due. He has not even defended his witness. The Plaintiff has made a very serious accusation against Aminah Thompson and at no time has Gregory Skidmore told the Plaintiff she was lying.

Aminah Thompson needs to look at the faces of everyone involved in this situation and then take a long look at her face in the mirror. The Plaintiff will just leave it at that.

Kenya Teasley
100 Tosler Ct #205
Durham, NC 27704
10/3/24

## CERTIFICATE OF SERVICE

I hereby certify that on this day I mailed a copy of this **RESPONSE TO REPLY FILED BY GREGORY SKIDMORE** to:

Gregory Skidmore

101 North Tryon Street, Suite 1900

Charlotte, NC 28246

This the 2nd day of October, 2024.

*[signature]*