IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:24-cv-00629-CCE-JLW

| | |
|---|---|
| KENYA TEASLEY,<br><br>  Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC.,<br><br>  Defendant. | **DEFENDANT TYLER TECHNOLOGIES INC.'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH COURT ORDER, ABUSE OF LITIGATION PROCESS, AND FAILURE TO PARTICIPATE IN DISCOVERY** |

Pursuant to Federal Rules of Civil Procedure 37(b)(2) and 41(b), Defendant Tyler Technologies, Inc. ("Tyler"), moves this Court to dismiss this action. As shown in the Memorandum of Law in Support of Defendant Tyler Technologies Inc.'s Motion to Dismiss filed contemporaneously with this motion, this action should be dismissed because Plaintiff has failed to comply with this Court's Order, has not engaged in discovery in good faith, has attempted to initiate a criminal investigation into undersigned counsel for their efforts to obtain discovery, and has abused the litigation process.

On June 12, 2025, in an attempt to resolve these disputes, counsel for Tyler and Plaintiff participated in a telephonic discovery conference pursuant to Local Rule 37.1(a). Counsel for Tyler has conferred with Plaintiff about the

1

subject of this motion in an attempt to reach agreement on Plaintiff's discovery obligations without Court intervention. Despite these efforts, the parties were not able to reach an agreement.

WHEREFORE, for the reasons stated in the Memorandum of Law in Support of Defendant Tyler Technologies, Inc.'s Motion to Dismiss For Failure to Comply Court Order, Abuse of Litigation Process, and Failure to Participate in Discovery, Tyler respectfully asks that the Court dismiss this action and issue any further appropriate sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(v), 41(b), and this Court's inherent authority and award Tyler any such other relief as it deems just and proper.

This 20th day of June, 2025.

s/ Gregory L. Skidmore
Gregory L. Skidmore
N.C. Bar No. 35571
gskidmore@robinsonbradshaw.com

Garrett A. Steadman
N.C. Bar No. 55449
gsteadman@robinsonbradshaw.com

**ROBINSON, BRADSHAW & HINSON, P.A.**
600 South Tryon Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 377-2536
Facsimile: (704) 378-4000

*Attorneys for Defendant Tyler Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day the foregoing has been served on Plaintiff by first class mail, postage prepaid and electronic delivery addressed as follows:

>Kenya Teasley
>100 Tobler Court, Apt. 205
>Durham, NC 27704
>Kenya416@icloud.com

This 20th day of June, 2025.

s/ Gregory L. Skidmore
Gregory L. Skidmore
